WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy A. Nyuwa,<br><br>                    Petitioner,<br><br>v.<br><br>Unknown Party, et al.,<br><br>                    Respondents. | No. CV-13-00896-PHX-JAT<br><br>**ORDER** |

Petitioner filed a habeas petition under 28 U.S.C. § 2241 seeking a bond hearing. The Magistrate Judge to whom this case was assigned issued a Report and Recommendation (Doc. 21) recommending that this case be dismissed as moot because, according to Respondent, Petitioner has now received a bond hearing. Petitioner has not objected to the Report and Recommendation; and in fact, Petitioner's copy of the Report and Recommendation was returned to the Court as undeliverable because Petitioner is no longer in custody (Doc. 22).

Based on the foregoing

**IT IS ORDERED** that the Report and Recommendation (Doc. 21) is accepted and adopted; the Clerk of the Court shall enter judgment dismissing this case as moot.

Dated this 23rd day of June, 2015.

James A. Teilborg
Senior United States District Judge